JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JULIO CRUZ,

Plaintiff,

vs.

SCOTT A TIEMANN, AS TRUSTEE OF THE TIEMANN LIVING TRUST; and DOES 1 to 10,

Defendants.

**Case No.: 8:26-cv-03111-MRA-ADSx**

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.

DATED: November 20, 2026

Hon. Monica Ramirez Almadani,
United States District Court Judge